1  | WINTON LARSON & SOLECKI, LLP
   | Steven W. Winton (State Bar No. 114425)
2  | swwinton@wintonlarson.com
   | 11770 Bernardo Plaza Court, Suite 255
3  | San Diego, CA 92128
   | Tel. (858) 385-0040 / Fax (858) 385-0050
4  |
5  | BROWNE WOODS GEORGE LLP
   | Peter W. Ross (State Bar No. 109741)
   | pross@bwgfirm.com
6  | Keith J. Wesley (State Bar No. 229276)
   | kwesley@bwgfirm.com
7  | 2121 Avenue of the Stars, 24th Floor
   | Los Angeles, CA 90067
8  | Tel. (310) 274-7100 / Fax (310) 275-5697
9  | LAW OFFICES OF GARY FREEDMAN
   | Gary Freedman (State Bar No. 49922)
10 | goromans@aol.com
   | 1149 Third Street, Suite 200
11 | Santa Monica, CA 90403
   | Tel. (310) 576-2444 / Fax (310) 576-2440
12 |
13 | Attorneys for Plaintiff
   | Brighton Collectibles, Inc.

**FILED**

**FEB 2 4 2010**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

14

15

16

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

17

18

| BRIGHTON COLLECTIBLES, INC., a Delaware corporation, | Case No. **10 CV 0419    JM NLS** |
|---|---|
| Plaintiff, | COMPLAINT FOR: |
| vs. | (1) COPYRIGHT INFRINGEMENT; |
| RK TEXAS LEATHER MFG., INC., d/b/a TEXAS LEATHER MANUFACTURING, a Texas corporation; and Does 1 through 10, inclusive, | (2) TRADE DRESS INFRINGEMENT [15 U.S.C. § 1125(a)]; |
| | (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. § 1125(a)]; |
| Defendants. | (4) COMMON LAW UNFAIR COMPETITION; |
| | (5) STATUTORY UNFAIR COMPETITION [Cal.Bus. & Prof. Code §§ 17200 et seq.] |
| | JURY TRIAL DEMANDED |

241446

COMPLAINT

Plaintiff Brighton Collectibles, Inc., as and for its complaint against Defendants RK Texas Leather Mfg., Inc. and Does 1 through 10 alleges as follows:

## JURISDICTION AND VENUE

1.     This Court has original jurisdiction of this action under 28 U.S.C. §1332, in that it is a civil action between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs.  This Court also has original jurisdiction of this action under 28 U.S.C. §§1331, 1337 and 1338 in that the claims herein arise under federal copyright laws (17 U.S.C. §101 et seq.). This Court has jurisdiction of the related state claims under 28 U.S.C. §1367(a).

2.     This district is the proper venue for this action, as a substantial part of the events and omissions giving rise to the claims herein occurred in this district, and all defendants are subject to personal jurisdiction in this district.

## PARTIES

3.     Plaintiff Brighton Collectibles, Inc. ("Brighton" or "Plaintiff") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the County of Los Angeles.

4.     Plaintiff is informed and believes, and thereon alleges, that defendant RK Texas Leather Mfg., Inc., d/b/a Texas Leather Manufacturing, (hereinafter "Texas Leather"), is a company organized and existing under the laws of the State of Texas, with its principal place of business in Honey Grove, Texas.  Plaintiff is further informed and believes, and thereon alleges, that Texas Leather is qualified to do business, and is doing business, in this judicial district.

5.     Plaintiff is unaware of the true names and capacities of defendants named herein as Does 1 through 10, inclusive, but is informed and believes, and thereon alleges, that each of the fictitiously named defendants engaged in, or is in some manner responsible for, the wrongful conduct alleged herein.  Plaintiff therefore sues these defendants by such fictitious names and will amend this complaint to state their true names and capacities when such names have been

1   discovered. (Collectively, Texas Leather and Does 1 through 10 will be referred to

2   herein as "Defendants.")

3       6.    Plaintiff is informed and believes that in doing the acts alleged herein,

4   each of the defendants was the agent, principal, employee, representative, or alter

5   ego of the other defendants and/or acted with one or more of the other defendants'

6   knowledge, consent and approval, and acted within the course and scope of his

7   agency or representative capacity. As such, each of the defendants is responsible

8   for the actions of the other defendants, as alleged herein.

9       7.    Plaintiff is informed and believes and on that basis alleges that each of

10  the defendants has advertised, sold and/or distributed their infringing goods in this

11  judicial district.

12                              **GENERAL ALLEGATIONS**

13  **A.    Brighton Is A Leading Manufacturer of Women's Fashion Accessories**.

14      8.    Plaintiff designs and manufactures women's fashion accessories,

15  including handbags, wallets, belts, sunglasses, watches, jewelry and other products

16  that sell under the trademark "Brighton." For more than 20 years, Plaintiff has been

17  continuously engaged in designing, manufacturing, distributing, and selling its

18  "Brighton" fashion accessories nationwide and has expanded from five employees

19  to a work force that now includes over 500 people employed at a factory in the City

20  of Industry, California, as well as other personnel around the country.

21      9.    Over the years that Plaintiff has been in existence, its fashion

22  accessories have gained a nationwide reputation for style and quality. Plaintiff is an

23  acknowledged industry leader, recognized for unique and innovative styling,

24  outstanding workmanship and the use of high quality materials. Plaintiff primarily

25  sells its accessories through small "specialty" or "boutique" stores, not in discount

26  stores.

27      10.   Since the early 1990s, the "Brighton" line of fashion accessories has

28  continuously featured a distinctive trade dress which includes crocco and smooth

241446                            -3-                    Case No.

1    leather elements, filigreed and silver-plated metal parts and ornamentation, and the

2    prominent use of a heart emblem.  (Representative samples of handbags, wallets

3    and similar products bearing the Brighton trade dress are attached hereto as Exhibit

4    A and are incorporated herein by this reference.)

5         11.    Plaintiff has also created and is the exclusive owner of copyrights to

6    designs used in connection with its fashion accessories, such as the:

7         a.    "Cairo" design, VA985-886, registered with the Copyright Office

8               effective September 28, 1998.

9         b.    "Callie" design, VA1-410-190, registered with the Copyright Office

10              effective July 20, 2007.

11        c.    "Camden" design, VA972-300, registered with the Copyright Office

12              effective October 13, 1998.

13        d.    "Carolina" design, VA972-295, registered with the Copyright Office

14              effective September 28, 1998.

15        e.    "Cherub Flap Ornament" design, VA997-997, registered with the

16              Copyright Office effective April 6, 2000.

17        f.    "Dublin" design, VA974-717, registered with the Copyright Office

18              effective September 28, 1998.

19        g.    "Essex" design, VA985-880, registered with the Copyright Office

20              effective October 13, 1998.

21        h.    "Hollywood" design, VA972-316, registered with the Copyright Office

22              effective September 28, 1998.

23        i.    "Madison" design, VA972-318, registered with the Copyright Office

24              effective September 28, 1998.

25        j.    "Melanie" design, VA1-410-189, registered with the Copyright Office

26              effective July 20, 2007.

27        k.    "Newport" design, VA1-119-391, registered with the Copyright Office

28              effective October 30, 2001.

241446                          -4-                  Case No.

1   l.   "Pasadena" design, VA972-304, registered with the Copyright Office
2        effective October 13, 1998.
3   m.   "Santa Barbara" design, VA972-312, registered with the Copyright
4        Office effective September 28, 1998.
5   n.   "Seattle" design, VA972-297, registered with the Copyright Office
6        effective September 28, 1998.
7   o.   "Tokyo" design, VA972-313, registered with the Copyright Office
8        effective September 28, 1998.
9   p.   "Ventura" design, VA985-887, registered with the Copyright Office
10       effective September 28, 1998.
11  q.   "Victoria" design, VA972-305, registered with the Copyright Office
12       effective October 13, 1998.
13  (Hereinafter, the "Copyrighted Designs.")  Copies of the foregoing copyright
14  registrations are attached hereto respectively as Exhibits "B" through "R" and are
15  incorporated herein by this reference.
16      12.    Since the early 1990s, Plaintiff's Brighton products have been, and
17  continue to be, extensively advertised and sold throughout the United States.  As a
18  result of Plaintiff's sales and advertising, in the minds of consumers, Plaintiff's
19  copyrighted designs and the distinctive trade dress of Plaintiff's Brighton products
20  have come to symbolize Brighton goods.  Plaintiff's copyrights and trade dress
21  have thus become, and are, valuable assets of Plaintiff symbolizing Plaintiff, its
22  high quality goods, and its goodwill.

23  **B.    Defendants' Knockoffs.**

24      13.    Plaintiff is informed and believes, and thereon alleges, that
25  Defendants, having recognized the consumer awareness and goodwill associated
26  with Plaintiff's Brighton fashion accessories, conspired to usurp that goodwill for
27  themselves by designing, manufacturing, marketing and/or selling, without the
28  permission or knowledge of Plaintiff, cheap imitations of Brighton handbags,

241446                              -5-                    Case No.

1   wallets and similar products that copy the Brighton trade dress and use the Brighton
2   copyrights.

3        14.    Examples of various products designed, manufactured, marketed
4   and/or sold by Defendants that infringe Brighton's trade dress and its Copyrighted
5   Designs are depicted in the catalogue attached hereto as Exhibit S.  The infringing
6   products are identified below, with the relevant pages of the catalogue in brackets:

7        a.    "Cairo" design.  Defendants' products that infringe the Cairo design
8              include, but are not limited to product numbers 110002BKS and
9              110002BKTT [p. HB-16b].

10       b.    "Callie" design.  Defendants' products that infringe the Callie design
11             include, but are not limited to product numbers 300184 and 300185 [p.
12             HB-26], 300194, 300199 [p. HB-27], 300510 [p. HB-29].

13       c.    "Camden" design.  Defendants' products that infringe the Camden
14             design include, but are not limited to product numbers 110095BKS,
15             BKTT, BRS, BRTT [p. HB-16c].

16       d.    "Carolina" design.  Defendants' products that infringe the Carolina
17             design include, but are not limited to product numbers 100100,
18             100101, 100502, 100508, 100515 [p. HB-2], 100103, 100104, 100106,
19             100107 [p. HB-3], 100114, 100115, 100116, 100117, 100118, 100120
20             [p. HB-4], 100124, 100138, 100139, 100140, 100141 [p. HB-5],
21             100152, 100153 [p. HB-6], 100780 [p. HB-13], 100502, 100508,
22             100515 [p. HB-14], 110097BKS, BKTT, BRS, BRTT [p. HB-16c],
23             300117 [p. HB-22], 300170 [p. HB-25], 300484, 300540, 300807 [p.
24             HB-29]

25       e.    "Cherub Flap Ornament" design.  Defendants' products that infringe
26             the Cherub Flap Ornament design include, but are not limited to
27             product numbers 100205, 100279, 100288 [p. HB-7], 100615, 100635
28             [HB-9], 100671, 100673, 100674 [p. HB-10], 100727, 100728 [p. HB-

1    11], 100503, 100504, 100514, 100516 [p. HB-14], 100519, 100526,

2    100530, 100546, 100555, 100573 [p. HB-15].

3  f.  "Dublin" design. Defendants' products that infringe the Dublin design

4    include, but are not limited to product numbers 110198S [p. HB-16c].

5  g.  "Essex" design. Defendants' products that infringe the Essex design

6    include, but are not limited to product numbers 110042S, TT [p. HB-

7    16b].

8  h.  "Hollywood" design. Defendants' products that infringe the

9    Hollywood design include, but are not limited to product numbers

10    110196BKS, BRS [p. HB-16c] and any product incorporating the heart

11    designs depicted as numbers 17 or 19 on page HB-17.

12  i.  "Madison" design. Defendants' products that infringe the Madison

13    design include, but are not limited to product number 110197S [p. HB-

14    16c].

15  j.  "Melanie" design. Defendants' products that infringe the Melanie

16    design include, but are not limited to product numbers 100111, 100112

17    [p. HB-3], 100113 [p. HB-4], 100125, 100149 [p. HB-5], 100190 [p.

18    HB-6], 100960 [p. HB-21], 300122 [p. HB-22], 300132, 300139 [p.

19    HB-23], 300156, 300152 [p. HB-24], 300188 [p. HB-26], 300194,

20    300196 [p. HB-27], 300304, 300550 [p. HB-28], 300503, 300507,

21    300509 [p. HB-29], 400102, 400300 [p. HB-32]400107 [p. HB-33].

22  k.  "Newport" design. Defendants' products that infringe the Newport

23    design include, but are not limited to product numbers 110252S, TT

24    [p. HB-16d].

25  l.  "Pasadena" design. Defendants' products that infringe the Pasadena

26    design include, but are not limited to product numbers 110058BKS,

27    BKTT, BRS, BRTT [p. HB-16b].

28  m.  "Santa Barbara" design. Defendants' products that infringe the Santa

1    Barbara design include, but are not limited to product numbers
2    110001BKS, BKTT, BRS, BRTT [p. HB-16b].
3    n.    "Seattle" design.  Defendants' products that infringe the Seattle design
4          include, but are not limited to product numbers 110003BKS, BKTT,
5          BRS, BRTT [p. HB-16b].
6    o.    "Tokyo" design.  Defendants' products that infringe the Tokyo design
7          include, but are not limited to product number 110203S [p. HB-16c].
8    p.    "Ventura" design.  Defendants' products that infringe the Ventura
9          design include, but are not limited to product numbers 110190BKS,
10         BRS [p. HB-16c].
11   q.    "Victoria" design.  Defendants' products that infringe the Victoria
12         design include, but are not limited to product number 110141TT [p.
13         HB-16c].
14   r.    Trade Dress.  Defendants' products that infringe Brighton's trade dress
15         include, but are not limited to product numbers 100100, 100101,
16         100502, 100508, 100515 [p. HB-2], 100102, 100103, 100104, 100106,
17         100107, 100111, 100112 [p. HB-3], 100113, 100114, 100115, 100116,
18         100117, 100118, 100120, 100121 [p. HB-4], 100122, 100124, 100125,
19         100136, 100139, 100140, 100141, 100149 [p. HB-5], 100150, 100151,
20         100152, 100153, 100187, 100189, 100190, 100191 [p. HB-6], 100200,
21         100205, 100222, 100226, 100227, 100228, 100242, 100279, 100288
22         [p. HB-7], 100249, 100250, 100251, 100312, 100335, 100340,
23         100579, 100580, 100583, 100584, 100585 [p. HB-8], 100609, 100612,
24         100615, 100617, 100623, 100624, 100628, 100656, 100635 [p. HB-9],
25         100661, 100653, 100654, 100671, 100673, 100674, 100696, 100698,
26         100704 [p. HB-10], 100706, 100702, 100727, 100728, 100730,
27         100732 [p. HB-11], 100850, 100500, 100501, 100502, 100508,
28         100515, 100503, 100504, 100505, 100512, 100514, 100516 [p. HB-

241446                                    -8-                    Case No.

14], 100519, 100521, 100522, 100525, 100526, 100530, 100547, 100550, 100573, 100574 [p. HB-15], 300117, 300120, 300123 [p. HB-22], 300124, 300135 [p. HB-23], 300156, 300152, 300159 [p. HB-24], 300161, 300167, 300168, 300170 [p. HB-25], 300196, 300198, 300199, 300201 [p. HB-27], 300302, 300301, 300553, 300560 [p. HB-28], 300501, 300508, 300509, 300510, 300515, 300516, 300536, 300540 [p. HB-29], 400103 [p. HB-32], 400104, 400105, 400325 [p. HB-33].

15.    Plaintiff is informed and believes, and thereon alleges, that Defendants intentionally design, manufacture, market and/or sell products to resemble Brighton products so closely that consumers are likely to be, and in fact have been, confused as to the source of Defendants' goods and have bought those goods on the assumption that they were manufactured or distributed by Plaintiff.

16.    Plaintiff is informed and believes that Defendants were at all times aware that their products resemble Brighton products so closely that consumers are likely to be, and in fact have been, confused as to the source of the goods and have bought those goods on the assumption that they were manufactured or distributed by Plaintiff.  Plaintiff is informed and believes that this resemblance is precisely the reason why Defendants market and sell their products.

17.    Plaintiff is informed and believes and thereon alleges that each of the Defendants has received a direct financial benefit from marketing and selling products incorporating Plaintiff's Brighton copyrights and trade dress, in an amount that is unknown to Plaintiff.

18.    Plaintiff is informed and believes and thereon alleges that Defendants' products are inferior in quality to Plaintiff's products, and consumers who have purchased Defendants' products, believing them to be Plaintiff's, have been disappointed by the quality of those products.  As a result, Defendants' marketing, sale and distribution of the infringing products have damaged and will continue to

1   damage Plaintiff's reputation and goodwill.

2       19.   Plaintiff is informed and believes and thereon alleges that Defendants'

3   marketing, sale and distribution of products that copy the Brighton copyrights and

4   trade dress have also damaged Plaintiff in that Plaintiff has lost sales and profits.

5       20.   Defendants' acts have caused and will continue to cause irreparable

6   harm and injury to Plaintiff for which Plaintiff has no adequate remedy at law.

7   Accordingly, Defendants should be enjoined and restrained from directly or

8   indirectly manufacturing, distributing, importing, exporting, advertising, offering

9   for sale or selling any products that copy Plaintiff's copyrights or trade dress.

10  Pursuant to 15 U.S.C. § 1116, Plaintiff is therefore entitled to a preliminary and

11  permanent injunction against Defendants' continuing acts of infringement.  Plaintiff

12  is further entitled to an order impounding and destroying all infringing products in

13  Defendants' possession, custody or control.

14  ## FIRST CLAIM FOR RELIEF

15  ### (Against all Defendants for Copyright Infringement)

16      21.   Plaintiff realleges and incorporates herein by reference each and every

17  allegation set forth above in paragraphs 1 through 20, inclusive.

18      22.   Plaintiff has complied in all respects with the copyright laws of the

19  United States, 17 U.S.C. §101 et seq., and has secured the exclusive rights and

20  privileges in and to the Copyrighted Designs.

21      23.   Defendants had access to Plaintiff's Copyrighted Designs, as

22  established by, among other things, the widespread availability of pictures of

23  Plaintiff's products (including on its website and in catalogs), the fact that

24  Plaintiff's products are well-known in the industry, and the fact that Plaintiff's

25  products are sold throughout the country.

26      4.   Defendants have infringed the copyrights in the Copyrighted Designs

27  by incorporating substantially similar designs into their products, and marketing

28  and selling their products to consumers, without Plaintiff's permission.

25.   Defendants have infringed the Copyrighted Designs willfully.

26.   By virtue of Defendants' infringement, Plaintiff is entitled to Defendants' profits and statutory damages or actual damages. Plaintiff will elect whether or not to seek statutory damages prior to final judgment. Plaintiff is also entitled to attorneys' fees by virtue of Defendants' infringement.

27.   Defendants' acts have caused and will continue to cause irreparable harm to Plaintiff unless restrained by this Court. Plaintiff has no adequate remedy at law. Accordingly, Plaintiff is entitled to an order enjoining and restraining Defendants, during the pendency of this action and permanently thereafter, from manufacturing, distributing, importing, exporting, marketing, offering for sale or selling the infringing products.

## SECOND CLAIM FOR RELIEF

**(Against all Defendants for Trade Dress Infringement, 15 U.S.C. § 1125(a)(3))**

28.   Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 27, inclusive.

29.   Plaintiff's trade dress at issue in this action consists of the following elements as actually used on the Brighton products displaying the trade dress – a sculpted, silver heart, used in conjunction with any two or more of the following: (i) leather embossed to resemble exotic materials such as crocodile, alligator, snake and lizard, (ii) filigreed, silver ornamentation, (iii) a silver heart dangling from a leather strap, (iv) cowhide or brocaded fabrics, and/or (v) additional sculpted silver hearts. It is the combination of these elements, not any one of them, that constitutes the trade dress at issue. The overall visual impression that the combination and arrangement of these elements create is aesthetic, not functional.

30.   Plaintiff's trade dress has acquired a secondary meaning. Plaintiff has been selling products with its distinctive trade dress since the early 1990s. Further, Plaintiff has spent tens of millions of dollars to advertise and promote its products. As a result, consumers routinely use the phrases "Brighton look" and "Brighton

1  style" when referring to Plaintiff's products.

2      31.   Plaintiff is informed and believes, and thereon alleges, that Defendants

3  have been designing, marketing, offering for sale and selling handbags and wallets

4  that incorporate Plaintiff's trade dress.

5      32.   Defendants are not now, and never have been, authorized by Plaintiff

6  to use Plaintiff's trade dress or any confusingly similar trade dress in connection

7  with the marketing and/or sale of Defendants' goods.

8      33.   Defendants' marketing and sale of copies of Brighton handbags and

9  wallets is likely to cause confusion, mistake, and/or deception among consumers as

10  to the source, quality and nature of Defendants' goods.

11      34.   Plaintiff is informed and believes and thereon alleges that as a

12  proximate result of the unfair advantage accruing to Defendants' business from

13  deceptively trading on Plaintiff's advertising, sales and consumer recognition,

14  Defendants have made substantial sales and profits in amounts to be established

15  according to proof.

16      35.   As a proximate result of the unfair advantage accruing to Defendants'

17  business from deceptively trading on Plaintiff's advertising, sales and consumer

18  recognition, Plaintiff has been damaged and deprived of substantial sales of its

19  Brighton fashion accessories and has been deprived of the value of its trade dress as

20  a commercial asset, in amounts to be established according to proof.

21      36.   Plaintiff is informed and believes, and thereon alleges that, unless

22  restrained by the Court, Defendants will continue to infringe Plaintiff's trade dress,

23  thus engendering a multiplicity of judicial proceedings, and that pecuniary

24  compensation will not afford Plaintiff adequate relief for the damage to its trade

25  dress in the public perception.  Further, Plaintiff is informed and believes, and

26  thereon alleges, that in the absence of injunctive relief, customers are likely to

27  continue being mistaken or deceived as to the true source, origin, sponsorship, and

28  affiliation of Defendants' goods.

37.     Plaintiff is informed and believes, and thereon alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and to cause injury to the reputation and goodwill associated with Plaintiff and its products.  Pursuant to 15 U.S.C. § 1117, Plaintiff is therefore entitled to recover three times its actual damages or three times Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees. In addition, pursuant to 15 U.S.C. § 1118, Plaintiff is entitled to an order requiring destruction of all infringing products and promotional materials in Defendants' possession.

## THIRD CLAIM FOR RELIEF

### (Against all Defendants for False Designation of Origin, 15 U.S.C.§ 1125(a))

38.     Plaintiff realleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 37, inclusive.

39.     Defendants have caused to enter into interstate commerce products that copy the Brighton trade dress and elements thereof (including but not limited to the Brighton heart logo).  Plaintiff's trade dress, and each copied element thereof, have become associated in the minds of consumers with Plaintiff and its Brighton goods.

40.     The design, marketing and sale of Defendants' products as described above constitutes false designations of origin which are likely to cause confusion and mistake and to deceive consumers as to the source or origin of such goods or sponsorship or approval of such goods by Plaintiff.

41.     Plaintiff is informed and believes, and thereon alleges, that as a proximate result of Defendants' false designation of the origin of their goods, Defendants have made substantial sales and profits in amounts to be established according to proof.

42.     Plaintiff is informed and believes, and thereon alleges, that as a proximate result of Defendants' false designation of the origin of their goods,

1   Plaintiff has been damaged and deprived of substantial sales of its Brighton fashion

2   accessories and has been deprived of the value of its trade dress as a commercial

3   asset, in amounts to be established according to proof.

4       43.   Plaintiff is informed and believes, and thereon alleges, that unless

5   restrained by this Court, Defendants will continue to designate falsely the origin of

6   their goods, causing irreparable damage to Plaintiff and engendering a multiplicity

7   of lawsuits. Pecuniary compensation will not afford Plaintiff adequate relief for its

8   resulting damages. Further, Plaintiff is informed and believes, and thereon alleges,

9   that in the absence of injunctive relief, customers are likely to continue being

10  mistaken or deceived as to the true source, origin, sponsorship and affiliation of

11  Defendants' goods.

12      44.   Plaintiff is informed and believes, and thereon alleges, that

13  Defendants' acts were committed, and continue to be committed, with actual notice

14  of Plaintiff's exclusive rights and with an intent to cause confusion, to cause

15  mistake and/or to deceive, and to cause injury to the reputation and goodwill

16  associated with Plaintiff and its products. Pursuant to 15 U.S.C. § 1117, Plaintiff is,

17  therefore, entitled to recover three times its actual damages or three times

18  Defendants' profits, whichever is greater, together with Plaintiff's attorneys' fees.

19  In addition, pursuant to 15 U.S.C. § 1118, Plaintiff is entitled to an order requiring

20  destruction of all infringing products and promotional materials in Defendants'

21  possession.

22                   **FOURTH CLAIM FOR RELIEF**

23      **(Against all Defendants for Common Law Unfair Competition)**

24      45.   Plaintiff realleges and incorporates herein by reference each and every

25  allegation set forth above in paragraphs 1 through 44, inclusive.

26      46.   Plaintiff's trade dress has acquired a secondary meaning, as

27  established herein.

28      47.   Defendants have, as established herein, copied Plaintiff's trade dress

1   and copyrighted designs in their products.

2       48.   Plaintiff and Defendants are business competitors.

3       49.   By reason of the similarity between Plaintiff's products and
4   Defendants' products, the public is likely to identify Defendants' products as those
5   of Plaintiff, or to conclude that Plaintiff has some connection with the production of
6   Defendants' products.

7       50.   Defendants' conduct, as alleged herein, is unfair and unlawful.

8       51.   Defendants' acts alleged herein have caused Plaintiff to lose profits
9   and caused additional damage to Plaintiff's reputation and goodwill.  The precise
10  amount of Plaintiff's damages is presently unknown but will be established
11  according to proof.

12      52.   Plaintiff is informed and believes and thereon alleges that as a direct
13  and proximate result of Defendants' wrongful conduct as described above,
14  Defendants have gained revenue and profits.

15      53.   Plaintiff has no adequate remedy at law for the injury that will be
16  caused by Defendants' acts of unfair competition.  Accordingly, Plaintiff is entitled
17  to preliminary and permanent injunctions restraining Defendants, their officers,
18  agents, and employees, and all persons acting in concert with them, from further
19  engaging in acts of unfair competition against Plaintiff and its products.

20      54.   Plaintiff is informed and believes, and thereon alleges, that Defendants
21  committed the foregoing acts with the intention of depriving Plaintiff of its legal
22  rights, with oppression, fraud, and/or malice, and in conscious disregard of
23  Plaintiff's rights.  Plaintiff is, therefore, entitled to an award of exemplary damages,
24  according to proof.

## FIFTH CLAIM FOR RELIEF
### (Against all Defendants for Unfair Competition –
### Bus. & Prof. Code §17200 et seq.)

27      55.   Plaintiff realleges and incorporates herein by reference each and every
28  allegation set forth above in paragraphs 1 through 54, inclusive.

56.     Defendants' conduct as alleged herein constitutes unfair, unlawful and fraudulent business practices prohibited by §§ 17200 *et seq.* and §§ 17500 *et seq.* of the *California Business & Professions Code.*

57.     Plaintiff is informed and believes and thereon alleges that as a direct and proximate result of Defendants' wrongful conduct as described above, Defendants have gained property and revenues properly belonging to Plaintiff. Plaintiff therefore seeks restitution of these amounts.  Plaintiff also seeks injunctive relief restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from further engaging in acts of unfair competition and/or fraudulent business acts against Plaintiff and its products.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1.     For preliminary and permanent injunctions enjoining and restraining Defendants, their agents, employees, representatives, partners, joint venturers and/or anyone acting on behalf of, or in concert with, Defendants, or any of them, from:

A.     designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting products that copy Plaintiff's trade dress or so closely resemble Plaintiff's trade dress as to create a likelihood of confusion, mistake, or deception; and/or

B.     designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising or promoting any products that incorporate designs substantially similar to the Copyrighted Designs;

C.     representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of Defendants' products that Defendants' products originate with, are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with Plaintiff;

241446                                          -16-                          Case No.

2.     For an order requiring the destruction of all Defendants' infringing goods and all marketing, advertising, or promotional materials depicting Defendants' infringing goods;

3.     For an accounting of all profits obtained by Defendants from sales of the infringing goods and an order that Defendants hold all such profits in a constructive trust for the benefit of Plaintiff;

4.     For an award to Plaintiff of all profits earned by Defendants from the sale of infringing goods;

5.     For restitution to Plaintiff of all property and revenues obtained by Defendants through their acts of unfair competition;

6.     For statutory damages according to proof;

7.     For compensatory damages in excess of $1 million according to proof;

8.     For exemplary and multiple damages according to proof;

9.     For prejudgment interest on all damages awarded by this Court;

10.    For an award of attorneys' fees;

11.    For costs of suit incurred herein; and

12.    For such other and further relief as the Court deems just and proper.

Dated:  February 19, 2010          WINTON LARSON & SOLECKI, LLP
                                   Steven W. Winton

                                   BROWNE WOODS GEORGE LLP
                                   Peter W. Ross
                                   Keith J. Wesley

                                   LAW OFFICES OF GARY FREEDMAN
                                   Gary Freedman

                                   By _P. W. Ross/KW_____
                                   Attorneys for Plaintiff
                                   Brighton Collectibles, Inc.
                                   E-mail:  pross@bwgfirm.com

1

## **DEMAND FOR JURY TRIAL**

2

    Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal

3

Rules of Civil Procedure.

4

5

6    Dated: February 19, 2010         WINTON LARSON & SOLECKI, LLP
                                 Steven W. Winton

7

8                              BROWNE WOODS GEORGE LLP
                                 Peter W. Ross
                                 Keith J. Wesley

9

10                             LAW OFFICES OF GARY FREEDMAN
                               Gary Freedman

11

12                             By _P. W. Ross / KJW_
                                 Attorneys for Plaintiff

13                                  Brighton Collectibles, Inc.
                               E-mail: pross@bwgfirm.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

# EXHIBIT A





308







312



316





(319)



339



340

# EXHIBIT B



Cairo

VA 985-886

LIBRARY OF CONGRESS
FEB 1 1 2000
COPYRIGHT OFFICE







*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **CAIRO** deposited in the Copyright Office with claim of copyright registered  under number **VA 985-886**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 29, 2000.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head,
Certifications and Documents
Section
Information and Reference
Division

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI

**VA 985-886**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

2 8 SEP 1998

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Cairo

**NATURE OF THIS WORK ▼** See instructions

Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

DO-33-6

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶  U.S.A.
Domiciled in ▶  U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

Leegin Creative Leathger Products, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
97 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ 5   Day ▶ 1   Year ▶ 97   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
SEP 28 1998
**ONE DEPOSIT RECEIVED** FEB 2000
SEP 28 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY 2/24/10                                         FORM VA

CHECKED BY

☑ CORRESPONDENCE                                          FOR
  Yes                                                    COPYRIGHT
                                                          OFFICE
                                                           USE
                                                           ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or an earlier version of this work, already been made in the Copyright Office?   **5**
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.   **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7**
Name ▼                                          **Account Number ▼**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745                                    Be sure to
                                                             give your
                                                             daytime phone
                         Area Code and Telephone Number ▶  **626-961-9381**    ◀ number

CERTIFICATION*  I, the undersigned, hereby certify that I am the   **8**
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___ **Leegin Creative Leather Products, Inc.**
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
                    **SHERI ROGERS**                              Date▶ **9-21-98**

         Handwritten signature (X) ▼

                                                                **9**
MAIL                  Name ▼
CERTIFICATE          Sheri Rogers
TO                    Number/Street/Apt ▼
Certificate          14022 Nelson Ave
will be              City/State/ZIP ▼
mailed in            **City of Industry, Ca 91745**
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

ch 1995—300,000                                                    ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

**EXHIBIT C**

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI **VA 1–410–190**

EFFECTIVE DATE OF REGISTRATION

**JUL 20 2007**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

CALLIE

**NATURE OF THIS WORK ▼** See instructions

JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** BRIGHTON COLLECTIBLES, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☑ No
Pseudonymous?    ☐ Yes   ☑ No
If the answer to either of these questions is Yes, see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture        ☐ Map                    ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph             ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design         ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?    ☐ Yes   ☐ No
If the answer to either of these questions is Yes, see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture        ☐ Map                    ☐ Technical drawing
☐ 2 Dimensional artwork          ☐ Photograph             ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design         ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
1999
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month JANUARY        Day 1        Year 2000
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Brighton Collectibles, Inc.
14022 Nelson Avenue, City of Industry, CA 91746

See instructions before completing this space.

APPLICATION RECEIVED
**JUL 17 2007**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**JUL 20 2007**

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**
**a**
**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Gary Freedman, Esq./ Law Offices of Gary Freedman
1149 3rd Street, Suite 200
Santa Monica, CA 90403

Area code and daytime telephone number   ( 310 ) 576-2444      Fax number   ( 310 ) 576-2440

Email   jmhoc@logf.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **BRIGHTON COLLECTIBLES, INC**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GARY FREEDMAN                                   Date   JULY 11, 2007

Handwritten signature (X) ▼

X

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ GARY FREEDMAN  ESQ / LAW OFFICES OF GARY FREEDMAN |
|---|---|
| | Number/Street/Apt ▼ 1149 3rd Street, Suite 200 |
| | City/State/ZIP ▼ Santa Monica, CA 90403 |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Mail to:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006—50,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-330-558/60,125



LIBRARY OF CONGRESS

# Copyright Office of the United States

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopy is a true representation of the work entitled **CALLIE** deposited in the Copyright Office with claim of copyright registered under number **VA 1-410-190**.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited in color, the attached photocopy is the best possible electrostatic positive print available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on August 15, 2007.

Marybeth Peters
Register of Copyrights

By:     Rosemary J. Kelly
        Head
        Records Research and Certifications
         Section
        Information and Records Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

VA 1-410-190



# EXHIBIT D



Additional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R

**VA 972-300**

EFFECTIVE DATE OF REGISTRATION

Oct. 13 1998

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Camden

**NATURE OF THIS WORK ▼ See instructions**

Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
DO-4560

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

Leegin Creative Leather Products, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
98 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8   Day ▶ 1   Year ▶ 98   ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
OCT. 13 1998
**ONE DEPOSIT RECEIVED**
OCT. 13 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Area Code and Telephone Number ▶ **626-961-9381**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  **Leegin Creative Leather Products, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**SHERI ROGERS**   Date▶ **9-21-98**

Handwritten signature (X) ▼

*Sheri Rogers*

**8**

| Mail certificate to: | **Name** ▼ Sheri Rogers | **YOU MUST:** • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| Certificate will be mailed in window envelope | **Number/Street/Apt** ▼ 14022 Nelson Ave | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE** 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | **City/State/ZIP** ▼ City of Industry, Ca 91745 | **MAIL TO** Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000

☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

**EXHIBIT E**

# EXHIBIT E






Additional certificate (17 U.S.C. 705)

# CERTIFICATE OF REGISTRATION

for a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



VA 972-295

EFFECTIVE DATE OF REGISTRATION

Sept. 28 1998

| Month | Day | Year |

CONTINUATION SHEET.

---

**TITLE OF THIS WORK ▼**
Carolina

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
465pr

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2 a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**
Leegin Creative Leathger Products, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
98 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 1   Day ▶ 1   Year ▶ 98   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 28 1998
ONE DEPOSIT RECEIVED
SEP 28 1998
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM VA

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

VIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

This is the first published edition of a work previously registered in unpublished form.

This is the first application submitted by this author as copyright claimant.

This is a changed version of the work, as shown by space 6 on this application.

r answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

IVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
eexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

aterial Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

OSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
e ▼                          Account Number ▼

IRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sh    Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶  **626-961-9381**

**8**

TIFICATION* I, the undersigned, hereby certify that I am the

: only one ▼
thor
er copyright claimant
ner of exclusive right(s)
thorized agent of _Leegin Creative Leather Products, Inc._
                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

: work identified in this application and that the statements made
e in this application are correct to the best of my knowledge.

d or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SHERI ROGERS                                    Date▶ 9-21-98

Handwritten signature (X) ▼

**9**

ficate

Name ▼
Sheri Rogers

ficate
be
ed
low
elope

Number/Street/Apt ▼
14022 Nelson Ave

City/State/ZIP ▼
City of Industry, Ca 91745

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
e application, shall be fined not more than $2,500.

1995—300,000                                    ☉U.S. COPYRIGHT OFFICE WWW FORM: 1995



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true
representation of the work entitled **CAROLINA** deposited in the
Copyright Office with claim of copyright registered  under number
**VA 972-295**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed
hereto on August 29, 2000.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents
    Section
Information and Reference
    Division

*LADY BRIGHTON WATCH*

| Description | Size Range_____ | BELT | Style # |
|---|---|---|---|

( )CAROLINA _____   VA 972-295

*W312X*

LIBRARY OF CONGRESS
SEP 2 8 1998
COPYRIGHT OFFICE



SPRING '98   $40.°°

| STYLE | LEATHER | RAW MATERIAL | FABRIC ASIA Commercial Watch "Carolina" $9.75 4/6 PR. | RAW MATERIAL | 9. EDGE DYE | 9. THREAD TOP 10. BOTTOM 11. 8PI | OTHER | COLOR CODE |
|---|---|---|---|---|---|---|---|---|
| W3125 | | | Round wtch Case, Arrows se parts, | 65-6130 | | | | BRN |
| | | | Glossy watch dial, White/gold Diamond cut circle, Round Sil wtch @ 2.6.1 sec hand @ 10, Roped Strap'D brn, brn Crocostrap, stitched wi white/gold (*035") | | | | | |

| Duty Rate: | Duty: | | Sample cost # | Duty # | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6% Fixed | Case: | | 5.10 | .31½ | | | Duty: | .84 | |
| | Movement: Citizen *618 | | 1.70 | .14 | | | Box pad: | .10 | |
| 5.3% | Battery: | | .30 | .01½ | | | Notch Pd: | .25 | |
| 2.87% ov | Strap: | | 2.50 | .17 | | | | | |
| 14% all Total | | | .838 | | | | total "other cost" | 1.19 | |

| 2. Strap Cutting | 17. Bkl End | | #1 DESCRIPTION | PQ | SEQ | RAW MAT# | STD | Y/N | USQ | REL |
|---|---|---|---|---|---|---|---|---|---|---|
| | 18. Stamping | | Belt | | | | | | | |
| 3. Loop | 19. Spec Inst #1 | | | | | | | | | |
| 4. Tip End | | | | | | | | | | |
| 6. Embossing | 20. Antique | | #2 Insert ASIA Commercial Watch Carolina | 1/1 | 001 | see 65-Above | 1.0 | Y | 1.0 | Y |
| 7. Dyeing | 21. Spec Inst #2 | | Fabric "Carolina" @ $4.70 | | | | | | | |
| | | | Buckle | | | | | | | |
| P. Finish | 22 Splitter Top | | Loop | | | | | | | |
| | | | Brn Brighton Watch Customer Card-Taree | 1/1 | 002 | 11-0270 | 1.0 | Y | 1.0 | Y |
| 12. Skive Top | 23. Bottom | | Other Brighton Watch Warranty | 1/1 | 003 | 11-4640 | 1.0 | Y | 1.0 | Y |
| 13. Skive Bottom | | | Cap/Rivet | | | | | | | |
| 14. Spec Inst #3 | 24. Bevel | | Socket | | | | | | | |
| | | | Stud | | | | | | | |
| | | | ASIA Big Roll 26" White Elastic Band | 1/1 | 006 | 11-1900 | 2.0 | N | 2.0 | N |
| 16. Sizing | 25 Spec Inst #4 | | Hangtag- no bar label | 1/1 | 005 | 07-1180 | 1.0 | N | 1.0 | N |
| | | | Boxes Tin Box & insert | 1/1 | 004 | 08-0760 | 1.0 | Y | 1.0 | Y |
| I6. Applique | | | Special Instructions | | | | | | | |

180

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

`03-15-02  05:35P  P.03`

## FORM CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-140-618



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Oct 30 2001

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
CAROLINA

Registration Number of the Basic Registration ▼
VA 972-295

Year of Basic Registration ▼
1998

Name(s) of Author(s) ▼
Leather [sic]
Leegin Creative ~~Leather~~ Products, Inc.

Name(s) of Copyright Claimant(s) ▼
Leegin Creative Leather Products, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number  6     Line Heading or Description  Derivative or Compilation

Incorrect Information as It Appears in Basic Registration ▼
Space previously left blank.

Corrected Information ▼ (6a) This work incorporates an adaptation of a pre-existing heart design that was first published in Spring 1997.  (6b) Incorporation of an adaptation of a pre-existing heart design and additional artistic work.

Explanation of Correction ▼
To include omitted information.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number  6     Line Heading or Description  Derivative or Compilation

Amplified Information and Explanation of Information ▼

Space previously left blank on Basic Registration and amended herein in Space B above.

The Carolina watch design incorporates an adaptation of a pre-existing heart ornament (also authored by Leegin Creative Leather Products, Inc.). The following changes were made in adapting the heart ornament: the shape of the heart was changed as was the roping design outlining the heart design. For example, the roping elements are at a different angle and there are less of them on the Carolina heart. In addition, the Carolina incorporates an arrangement of two heart designs separated by a circular shape surrounded by a roping design to create a new jewelry design.

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page. • See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 4 pages

FROM : AGSK LLP  FAX NO. : 552 6077  03-15-02 05:35P P.04

FORM CA RECEIVED

*Amended from C.O. records.*

*Oct. 30 2001 3/15/02*

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☑

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☑ YES  ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of  ☑ Part B  or  ☐ Part C

**D**

   Please see Separate Continuation Sheet.

Correspondence: Give name and address to which correspondence about this application should be sent.

   Jinhee Choe
   Alschuler, Grossman, Stein & Kahan LLP
   2049 Century Park East, 39th Floor
   Los Angeles, CA 90067
Phone (310 ) 551-9138 ─────── Fax (310 ) 552-6077 ─────── Email ichoe@agsk.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Leegin Creative Leather Products, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Jinhee Choe       Date ▼ March 15, 2002

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Jinhee Choe

Number/Street/Apt ▼  Alschuler, Grossman, Stein & Kahan LLP
   2049 Century Park East, 39th Floor

City/State/ZIP ▼  Los Angeles, CA 90067

**G**

• Complete all necessary spaces
• Sign your application in Space F

1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1,
1999, the fee
for filing Form
CA is $65.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107

Additional Certificate (17 U.S.C. 706)

FROM: ABSK LLP          FAX NO.: 552 6877          03-15-02  05:35P  P.05

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** CA /CON

UNITED STATES COPYRIGHT OFFICE

**VA 1-140-618**

PA│PAU│SE│SEU│SEG│SR│SRU│TX│TXU│VA│VAU

EFFECTIVE DATE OF REGISTRATION

*Oct.    30    2001*
(Month)      (Day)        (Year)

CONTINUATION SHEET RECEIVED

*3    15    2002*

Page *3* of *4* pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

CAROLINA (Basic Registration VA 972-295)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

Leegin Creative Leather Products, Inc.



**A**
Identification of Application

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the*

CONTINUATION OF (Check which):  ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

## SECTION D - CONTINUATION OF PART B

Location and Nature of Incorrect Information in Basic Registration:
    Line Number- <u>2b</u>    Line Heading or Description- <u>Name of Author</u>
Incorrect Information as It Appears in Basic Registration:
    <u>Leegin Creative Leather Products, Inc.</u>
Corrected Information:
    <u>Leegin Creative Leather Products, Inc.</u>
Explanation of Correction:
    <u>To correct misspelling of Author's Name.</u>

Location and Nature of Incorrect Information in Basic Registration:
    Line Number- <u>3a</u>    Line Heading or Description- <u>Year in Which Creation of This</u>
    <u>Work Was Completed</u>
Incorrect Information as It Appears in Basic Registration:
    <u>98</u>
Corrected Information:
    <u>1997</u>
Explanation of Correction:
    <u>To correct year in which creation of this work was completed.</u>

Location and Nature of Incorrect Information in Basic Registration:
    Line Number- <u>3b</u>    Line Heading or Description- <u>Date and Nation of First Publication</u>
    <u>of This Particular Work</u>
Incorrect Information as It Appears in Basic Registration:
    <u>Space previously left blank next to "Nation"</u>
Corrected Information:
    <u>USA</u>
Explanation of Correction:
    <u>To include omitted information regarding "Nation".</u>

---

| Certificate will be mailed in window envelope to this address: | Name ▼ |
|---|---|
| | Jinhee Choe |
| | Number/Street/Apt ▼ Alschuler, Grossman, Stein & Kahan LLP |
| | 2049 Century Park East, 39th Floor |
| | City/State/ZIP ▼ |
| | Los Angeles, CA 90067 |

**D**

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/78

# EXHIBIT F

For a Work of the Visual Arts

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**VA 997-997**

VA · VAU

**EFFECTIVE DATE OF REGISTRATION**

APR 0 6 2000

Month        Day        Year



**OFFICIAL SEAL**

---

**ARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

CHERUB FLAP ORNAMENT

**NATURE OF THIS WORK ▼ See instructions**

Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

## 2

**a    NAME OF AUTHOR ▼**

LEEGIN CREATIVE LEATHER PRODUCTS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶ U.S.A.
      ⎱ Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b    NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶
      ⎱ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

## 3

**a**  Year in Which Creation of This Work Was Completed
1995
◀ Year in all cases.
This information must be given

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ 9    Day ▶ 1    Year ▶ 95
USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City of Industry, CA 91746

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 06 2000
**ONE DEPOSIT RECEIVED**
APR 06 2000
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

EXAMINED BY

CHECKED

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                          **Account Number** ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Gary Freedman
01 Wilshire Boulevard, Suite 880
Santa Monica, California  90401

b

Area code and daytime telephone number ▶ (310) 576-2444               Fax number ▶ (310 ) 576-2440

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Leegin Creative Leather Products, Inc**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jesse B. Markay                                    **Date** ▶ 4/4/00

**Handwritten signature (X)** ▼

X  _Jesse B Markay_

**Certificate
will be
mailed in
window
envelope
to this
address:**

**Name** ▼
Gary Freedman

**Number/Street/Apt** ▼
401 Wilshire Boulevard, Suite 880

**City/State/ZIP** ▼
Santa Monica, CA 90401

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money  As of July 1, 1999,
   order payable to Register of Copyrights   the filing fee for
3. Deposit material                        Form VA is $30.

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

9

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71





# EXHIBIT G



# CERTIFICATE OF REGISTRATION

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REG

**VA 974-717**

#AU00097471₁7#

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**OFFICIAL SEAL**

EFFECTIVE DATE OF REGISTRATION

**Sept. 28. 1998**
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**    TITLE OF THIS WORK ▼

**Dublin**

NATURE OF THIS WORK ▼ See Instructions

**Jewelry Design**

PREVIOUS OR ALTERNATIVE TITLES ▼

**MV-2035**

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   **a**    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **U.S.A.**
Domiciled in ▶ **U.S.A.**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**    NAME OF AUTHOR ▼

**Leegin Creative Leather Products, Inc.**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**   **a**    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
☀ **1996** ◀ Year

**b**    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶ **96** ◀ Nation

---

**4**    COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Leegin Creative Leather Products, Inc.**
**14022 Nelson Avenue**
**City Of Industry, Ca 91746**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**SEP 28 1998**
ONE DEPOSIT RECEIVED
**SEP 28 1998**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of **2** pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

\*Amended by C.O.  Authority phone conversation
with Sheri Rogers, 10/5/99.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Be sure to
give your
daytime phone
number

Area Code and Telephone Number ▶ **626-961-9381**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Leegin Creative Leather Products, Inc.**
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SHERI ROGERS                                    Date ▶ **9-21-98**

Handwritten signature (X) ▼

**8**

**9**

Mail
certificate
to:

Name ▼
Sheri Rogers

Number/Street/Apt ▼
14022 Nelson Ave

City/State/ZIP ▼
City of Industry, Ca 91745

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000                                    ☼U.S. COPYRIGHT OFFICE WWW FORM: 1995

**EXHIBIT H**

# EXHIBIT H



Case 3:10-cv-00419-GPC-WVG    Document 1    Filed 02/24/10    Page 14 VA7

# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGI.

**VA 985-880**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**1 3 OCT 1998**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

*United States of America*

## 1

**TITLE OF THIS WORK ▼**
Essex

**NATURE OF THIS WORK ▼** See instructions
**Jewelry Design**

**PREVIOUS OR ALTERNATIVE TITLES ▼**
DO-4537

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**
Leegin Creative Leathger Products, Inc.

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
98

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8    Day ▶ 1    Year ▶ 98    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 13 1998
ONE DEPOSIT RECEIVED
Oct 13 1998    11 FEB 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☐ No ☐ If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Area Code and Telephone Number ▶  626-961-9381

Be sure to
give your
daytime phone
◀ number

CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Leegin Creative Leather Products, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SHERI ROGERS                                    Date▶ 9-21-98

Handwritten signature (X) ▼
Sheri Rogers

Mail
certificate
to:

| Name ▼ |
| Sheri Rogers |
| Number/Street/Apt ▼ |
| 14022 Nelson Ave |
| City/State/ZIP ▼ |
| City of Industry, Ca 91745 |

Certificate
will be
mailed in
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000                                                    ☆U.S. COPYRIGHT OFFICE WWW FORM: 1995

# EXHIBIT I

# San Francisco

# Hollywood



Case 3:10-cv-00419-GPC-WVG   Document 1   Filed 02/24/...   Page ... of ...

# CERTIFICATE OF REGISTRATION







This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**VA 1-105-586**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Sept. 4 2001
Month   Day   Year

WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

 **A**

Title of Work ▼

**HOLLYWOOD**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 972-316 | 1998 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Leegin Creative ~~Leathger~~ Products, Inc. | Leegin Creative Leather Products, Inc. |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number __2b__   Line Heading or Description __Name of Author__

Incorrect Information as It Appears in Basic Registration ▼

Leegin Creative Leathger Products, Inc.

Corrected Information ▼

Leegin Creative Leather Products, Inc.

Explanation of Correction ▼

To Correct misspelling of Author's Name.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

FORM CA RECEIVED

FORM CA

SEP 04 2001

FUNDS RECEIVED DATE

*Amended from C.O. records.

** Created by C.O. from informal continuation sheet.

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☑ YES   ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☒ Part B  *or*  ☐ Part C

**D**

PLEASE SEE ATTACHED SEPARATE CONTINUATION SHEET.

Correspondence: Give name and address to which correspondence about this application should be sent.

Jinhee Choe
**Alschuler, Grossman, Stein & Kahan LLP**
**2049 Century Park East, 39th Floor**
**Los Angeles, CA 90067**
Phone ( 310 ) 551-9138 _____ Fax ( 310 ) 552-6077 _____ Email **jchoe@agsk.com**

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of **Leegin Creative Leather Products, Inc.**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ **Jinhee Choe**     Date ▼ 8/30/01

Handwritten signature (X) ▼

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ **Jinhee Choe** |
| | Number/Street/Apt ▼ **Alschuler, Grossman, Stein & Kahan LLP**<br>**2049 Century Park East, 39th Floor** |
| | City/State/ZIP ▼ **Los Angeles, CA 90067** |

• Complete all necessary spaces
• Sign your application in Space F

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**G**

As of July 1, 1999, the fee for filing Form CA is $65.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** CA /CON

UNITED STATES COPYRIGHT OFFICE

REG **VA 1-105-586**

*VA0001105586*

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

Sept. 4 2001

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

September 4, 2001

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
### Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  HOLLYWOOD (basic registration VA 972-316)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Leegin Creative Leather Products, Inc.

## B
### Continuation of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF  (Check which):  ☐ Space 1    ☐ Space 4    ☐ Space 6

**C**

Continuation
of other
Spaces

## SECTION D - CONTINUATION OF PART B

Location and Nature of Incorrect Information in Basic Registration:
     Line Number- 3a    Line Heading or Description- Year in Which Creation of This
                                              Work Was Completed

Incorrect Information as It Appears in Basic Registration:
     97
Corrected Information:
     1996
Explanation of Correction:
     To correct year in which creation of this work was completed.

Location and Nature of Incorrect Information in Basic Registration:
     Line Number- 3b    Line Heading or Description- Date and Nation of First Publication
                                              of This Particular Work

Incorrect Information as It Appears in Basic Registration:
     5/1/97 and space previously left blank next to "Nation"
Corrected Information:
     1/1/97 and USA
Explanation of Correction:
     To correct the First date of Publication and include omitted information regarding
"Nation".

Location and Nature of Incorrect Information in Basic Registration:
     Line Number- 6    Line Heading or Description- Derivative or Compilation
Incorrect Information as It Appears in Basic Registration:
     Space previously left blank
Corrected Information:
     (6a)  This work incorporates a heart design based on an earlier published heart design.
     (6b)  New jewelry design incorporating new circular ornament around watch face with
           pre-existing heart design to which new artistic ornamentation has been added.
           The scroll and floral designs on the heart design are different from the earlier
           published heart design.
Explanation of Correction:
     To include omitted information.

Certificate
will be
mailed in
window
envelope
this
address:

| Name ▼ | Jinhee Choe |
|---|---|
| Number/Street/Apt ▼ | Alschuler, Grossman, Stein & Kahan LLP<br>2049 Century Park East, 39th Floor |
| City/State/ZIP ▼ | Los Angeles, CA  90067 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999—30,000
WEB REV: June 1999          ♻ PRINTED ON RECYCLED PAPER                    ☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78

Additional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 972-316**

EFFECTIVE DATE OF REGISTRATION

**Sept. 28 1998**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
**Hollywood**

NATURE OF THIS WORK ▼ See instructions
**Jewelry Design**

PREVIOUS OR ALTERNATIVE TITLES ▼
**DO-3351**

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.        Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2 a**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **U.S.A.**
Domiciled in ▶ **U.S.A.**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☒ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

NAME OF AUTHOR ▼
**Leegin Creative Leather Products, Inc.**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
**97** ◀Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ **5**   Day ▶ **1**   Year ▶ **97**
◀ Natio

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
**Leegin Creative Leather Products, Inc.**
**14022 Nelson Avenue**
**City Of Industry, Ca 91746**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**SEP 28 1998**
ONE DEPOSIT RECEIVED ◀
**SEP 28 1998**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE / OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HER

Page 1 of ___ page

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Area Code and Telephone Number ▶ **626-961-9381**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Leegin Creative Leather Products, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**SHERI ROGERS**        Date▶ **9-21-98**

☞ Handwritten signature (X) ▼

**8**

| Mail certificate to: | Name ▼ Sheri Rogers |
| --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 14022 Nelson Ave |
| | City/State/ZIP ▼ City of Industry, Ca 91745 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000        ☆U.S. COPYRIGHT OFFICE WWW FORM: 199



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **HOLLYWOOD** deposited in the Copyright Office with claim of copyright registered  under number **VA 972-316**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 29, 2000.

Marybeth Peters
Register of Copyrights

By:  Charles Roberts
Head
Certifications and Documents
Section
Information and Reference
Division

✓ Description          Size Range _____          **BELT**

( ___ )HOLLYWOOD _____

LIBRARY OF CONGRESS
SEP 2 0 [illegible]
COPYRIGHT OFFICE



**VA 972–316**

BTS'97          $40.00

| STYLE | LEATHER | RAW MATERIAL | FABRIC #950 DESIGN/TIME DO-335-1 (DT-281) | RAW MATERIAL | 6. EDGE DYE | 9. THREAD TOP 10. BOTTOM 11. SPI | OTHER | | COLOR CODE |
|-------|---------|--------------|-------------------------------------------|--------------|-------------|----------------------------------|-------|---|------------|
| | | | | | | | | | BRN |
| 0215 | | | Concord Watch w/ Rose (Deco) Movement, Antique | sv 1820 | | | | | |
| | | | Silver Dating w/ Polished Bezel, Smooth Center Horn w/ Brown Croco Strap | | | | Other Cost: | Duty .60 Box Set .10 Watch Fat .25 | |
| | | | | | | | | Total Other Cost .95 | |
| | | | | Duty Rate: 6% Fixed 5.3% 26% | Duty: | | Cost: Case: 1.73 .11 Movement: Girard #2035 (3H) 6.45 .44 Battery: Seguin .50 .03 Strap: Rhm (HK) .80 .02 | | .60 |
| | | | | | Total: | | | | |

| 2. Strap Cutting | 17. Bkl End | #1 DESCRIPTION | PG | SEQ | RAW MAT# | STD | Y/N | USQ | REL |
|------------------|-------------|----------------|----|-----|----------|-----|-----|-----|-----|
| | | Belt | | | | | | | |
| | 18. Stamping | | | | | | | | |
| 3. Loop | 19. Spec Inst #1 | | | | | | | | |
| 4. Tip End | | | | | | | | | |
| 5. Embossing | 20. Antique | #2 Insert Fabric | Design/Time Concord Watch @ 9.50 | 1/1 | 001 | 65-1820 | 1.0 | Y | 1.0 | Y |
| 7. Dyeing | 21. Spec Inst #2 | Buckle | | | | | | | |
| 8. Finish | 22. Splitter Top | Loop | | | | | | | |
| | | Tip Brighton Watch Customer Cardmarks Printing | 1/1 | 002 | 11-0270 | 1.0 | Y | 1.0 | Y |
| 12. Skive Top | 23. Bottom | Other Brighton Watch Warranty | 1/1 | 003 | 11-4240 | 1.0 | Y | 1.0 | Y |
| 13. Skive Bottom | | Cap/Rivet | | | | | | | |
| | | Socket | | | | | | | |
| 14. Spec Inst #3 | 24. Bevel | Stud Rset A&H mfg 3/4" white elastic barb | 1/1 | 006 | 11-1900 | 2.0 | N | 2.0 | N |
| | | | 1/1 | 008 | 07-1160 | 1.0 | N | 1.0 | N |
| 15. Sizing | 25 Spec Inst #4 | Hangtag Proenix Label | 1/1 | 007 | 08-0100 | 1.0 | Y | 1.0 | Y |
| | | Boxes 7W Box + Insert | 1/1 | 004 | 08-0100 | 1.0 | Y | 1.0 | Y |
| 16. Applique | | Special Instructions | | | | | | | |

**EXHIBIT J**

# EXHIBIT J

# Madison

# Corona



Additional certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG

**VA 972-318**

EFFECTIVE DATE OF REGISTRATION

*Sept. 28 1998*
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Madison Filigree

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
DT-2663

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**
Leegin Creative Leather Products, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
96 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 1   Day ▶ 1   Year ▶ 96     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City Of Industry, Ca 91746

**APPLICATION RECEIVED**
SEP 28 1998
**ONE DEPOSIT RECEIVED**
SEP 28 1998
**TWO DEPOSITS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**FUNDS RECEIVED**

DO NOT WRITE HERE / OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Sheri Rogers
14022 Nelson Avenue
City Of Industry, CA 91745

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___Leegin Creative Leather Products, Inc.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SHERI ROGERS                                    Date▶ 9-21-98

Handwritten signature (X) ▼

**9**

| Mail certificate to: | Name ▼ Sheri Rogers | • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 14022 Nelson Ave | 1. Application form 2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ City of Industry, Ca 91745 | Register of Copyrights Library of Congress Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000                                ☉U.S. COPYRIGHT OFFICE WWW FORM: 19



**LIBRARY OF CONGRESS**

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopy is a true representation of the work entitled **MADISON FILIGREE** deposited in the Copyright Office with claim of copyright registered under number **VA 972-318**.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on August 29, 2000.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head
Certifications and Documents
    Section
Information and Reference
    Division

Description     Size Range _____     Style #

(   ) MADISON FILIGREE



Style #   0103X

LIBRARY OF CONGRESS
SEP 2 8 1998
COPYRIGHT OFFICE

3



VA 972-318

Slung '96   840⁰⁰

| STYLE | LEATHER | RAW MATERIAL | FABRIC (N.K.) DESIGN TIME #C DO-2733 model #DT-2663 | RAW MATERIAL | 6. EDGE DYE | 9. THREAD TOP 10. BOTTOM 11. SPI | OTHER | | COLOR CODE |
|---|---|---|---|---|---|---|---|---|---|
| 0/033 | BLK CROCO | | | 65-5030 | | | | | Blk |
| 0/038 | Chocolate Croco | | | 65-5710 | | | | | Choco |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | Other, Post | Duty   .585 Bx Est.   .10 Watch Tg.   .25 | |
| | | | | | | | Total other inst | .935 |

| 2. Strap Cutting | 17. Bkl End | #1 DESCRIPTION | PG | SEQ | RAW MAT# | STD | Y/N | USG | REL |
|---|---|---|---|---|---|---|---|---|---|
| | | Duty 840 | 840 | | Duty $ | | | | |
| | 18. Stamping | Rate: Duty "model" CASE: 5.370 Battery: gopher 2.870 Strap: Lthr (HR) | 1.20 645 .30 .80 | | .096 .44 .007 .022 | | | | |
| 3. Loop | 19. Spec Inst #1 | Total | | | .585 | | | | |
| 4. Tip End | | | | | | | | | |
| 5. Embossing | 20. Antique | #2 Insert DEMON TIME (OWNER WATCH @ 9³⁵) Fabric (Choc) | 1/2 | 001 | 366 65- ABOVE | 1.0 | Y | 1.0 | Y |
| 7. Dyeing | 21. Spec Inst #2 | | | | | | | | |
| | | Buckle | | | | | | | |
| 8. Finish | 22. Splitter Top | Loop | | | | | | | |
| | | Tip BRIGHTON WATCH — AREES PENDING CUSTOMER CARD | 1/2 | 003 | 11-0370 | 1.0 | Y | 1.0 | Y |
| 12. Skive Top | 23. Bottom | Other | | | | | | | |
| 13. Skive Bottom | | Cap/Rivet Watch Adventure Card (appin .10) | 1/2 | 003 | 11-4240 | 1.0 | Y | 1.0 | Y |
| 14. Spec Inst #3 | 24. Bevel | Socket MADE PENDING WATCH TIN CIGAR WRAP | 1/2 | 001 | 11-1190 | 1.0 | Y | 1.0 | Y |
| | | Stud | | | | | | | |
| 15. Sizing | 25 Spec Inst #4 | Post 4 x 4 MLD 3/4" white elastic band | 1/2 | 006 | 11-1900 | 2.0 | N | 2.0 | N |
| | | Hangtag Kolor initial | 1/2 | 005 | 07-1180 | 1.0 | N | 1.0 | N |
| 16. Applique | | Boxes window + insert | 1/2 | 002 | 08-1580 | 1.0 | Y | 1.0 | Y |
| | | Special Instructions | | | | | | | |

191.1

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

FORM CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE
REGISTF



VA 1-105-584

#VA0001105584#

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

August 20 2001

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼

MADISON FILIGREE

Registration Number of the Basic Registration ▼

VA 972-318

Year of Basic Registration ▼

1998

Name(s) of Author(s) ▼

Leathger *
Leegin Creative ~~Leather~~ Products, Inc.

Name(s) of Copyright Claimant(s) ▼

Leegin Creative Leather Products, Inc.

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 2b     Line Heading or Description   NAME OF AUTHOR

Incorrect Information as It Appears in Basic Registration ▼

Leegin Creative Leathger Products, Inc.

Corrected Information ▼

LEEGIN CREATIVE LEATHER PRODUCTS, INC.

Explanation of Correction ▼

TO CORRECT MISSPELLING OF AUTHOR'S NAME.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
      • See detailed instructions.     • Sign the form at Space F.

DO NOT WRITE HERE

Page 1 of ___ pages

\*Amended from C.O. records.

\*\*Created by C.O. from informal continuation sheet.

FORM CA RECEIVED

AUG 2 0 2001

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☑ YES    ❑ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☑ Part B  or  ❑ Part C

**D**

PLEASE SEE SEPARATE CONTINUATION SHEET.

Correspondence: Give name and address to which correspondence about this application should be sent.

Jinhee Choe
Alschuler, Grossman, Stein & Kahan LLP
2049 Century Park East, 39th Floor
Los Angeles, CA 90067

Phone (310 ) 551-9138        Fax (310 ) 552-6077        Email jchoe@agsk.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
❑ author              ❑ owner of exclusive right(s)
❑ other copyright claimant  ☑ duly authorized agent of **Leegin Creative Leather Products, Inc.**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Jinhee Choe        Date ▼ 8/14/01

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Jinhee Choe

Number/Street/Apt ▼  Alschuler, Grossman, Stein & Kahan LLP
                    2049 Century Park East, 39th Floor

City/State/ZIP ▼  Los Angeles, CA 90067

• Complete all necessary spaces
• Sign your application in Space F

1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1,
1999, the fee
for filing Form
CA is $65.

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV. June 1999              ♲ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107

# CONTINUATION SHEET
# FOR APPLICATION FORMS

** **FORM** ___ CA___ /CON
UNITED STATES COPYRIGHT OFFICE

R

VA 1-105-584

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

*August 20 2001*

(Month)        (Day)        (Year)

**CONTINUATION SHEET RECEIVED**

*August 20, 2001*

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  MADISON FILIGREE (basic registration VA 972-318)
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Leegin Creative Leather Products, Inc.

**B**
Continuation
of Space 2

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼          Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF  (Check which):      ☐ Space 1      ☐ Space 4      ☐ Space 6

**C**

Continuation
of other
Spaces

## SECTION D - CONTINUATION OF PART B

Location and Nature of Incorrect Information in Basic Registration:
  Line Number- <u>3b</u>  Line Heading or Description- <u>Date and Nation of First Publication</u>
                   <u>of this Particular Work</u>
Incorrect Information as It Appears in Basic Registration:
  <u>Space previously left blank next to "Nation"</u>
Corrected Information:
  <u>USA</u>
Explanation of Correction:
  <u>To include omitted information.</u>

Location and Nature of Incorrect Information in Basic Registration:
  Line Number- <u>5</u>  Line Heading or Description- <u>Previous Registration</u>
Incorrect Information as It Appears in Basic Registration:
  <u>Check mark on box "No"</u>
Corrected Information:
  <u>Check mark on box "Yes" and check mark on box "C"</u>
Explanation of Correction:
  <u>To correct information regarding previous registration.</u>

Location and Nature of Incorrect Information in Basic Registration:
  Line Number- <u>6</u>  Line Heading or Description- <u>Derivative or Compilation</u>
Incorrect Information as It Appears in Basic Registration:
  <u>Space previously left blank</u>
Corrected Information:
  (6a) <u>This work incorporates a pre-existing heart design which was created and first</u>
     <u>published in 1994 and registered with the Copyright Office on June 4, 1996 as</u>
     <u>VA 792-448.</u>
  (6b) <u>Adaptation of pre-existing design and additional artistic work</u>
Explanation of Correction:
  <u>To include omitted information.</u>

Certificate
will be
mailed in
window
envelope
'his
'Iress:

Name ▼
  Jinhee Choe

Number/Street/Apt ▼
 Alschuler, Grossman, Stein & Kahan LLP
 2049 Century Park East, 39th Floor

City/State/ZIP ▼
 Los Angeles, CA  90067

**D**

• YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are effective
through June 30,
2002. After that date,
check the Copyright
office Website at
www.loc.gov/copy-
right or call (202)
707-3000 for current
fee information.

November 1999–30,000
WEB REV: June 1999
   PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE: 2000-461-113/78