William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
BROOKS KUSHMAN P.C.
601 South Figueroa Street, Suite 2080
Los Angeles, California 90017
Telephone: (213) 622-3003
Facsimile: (213) 622- 3053

Mark A. Cantor (*Pro Hac Vice*)
Chanille Carswell (*Pro Hac Vice*)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

Thomas M. O'Leary
ROPERS MAJESKI KOHN & BENTLEY PC
515 South Flower Street, Suite 1100
Los Angeles, California 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for Defendant and
Third Party-Defendant
Joymax Trading, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>RK TEXAS LEATHER MFG., INC., et al,<br><br>     Defendants.<br><br>RELATED THIRD-PARTY ACTION. | Case No. 3:10-CV-0419-CAB (WVG)<br>Honorable Cathy Ann Bencivengo<br><br>**NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE THE SURVEYS AND TESTIMONY OF GARY FRAZIER, PH.D.**<br><br>[Concurrently filed with Memorandum of Points and Authorities, Declaration of Chanille Carswell and Proposed Order]<br><br>Date: August 23, 2012<br>Time: 2:30 p.m.<br>Courtroom: 2 |

1         **TO THE COURT, ALL PARTIES AND/OR THEIR COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE** that on August 23, 2012 at 2:30 p.m., in Courtroom 2 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, Defendant Joymax Trading, Inc. ("Joymax"), will move this court for a *Daubert* Motion to Exclude the Surveys and Testimony of Gary Frazier, Ph.D.  This motion is brought pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

        This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed in support thereof, and the Declaration of Chanille Carswell filed contemporaneously herewith, the entire court file in this action, as well as such other argument and evidence as may later be submitted with Joymax's reply brief and at the hearing hereof.

        Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated:  July 6, 2012

/s/ Chanille Carswell
Mark A. Cantor (*Pro Hac Vice*)
Chanille Carswell (*Pro Hac Vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 / Fax: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
601 South Figueroa Street, Suite 2080
Los Angeles, California 90017
Tel: (213) 622-3003 / Fax: (213) 622- 3053

Thomas M. O'Leary
ROPERS MAJESKI KOHN & BENTLEY PC
515 South Flower Street, Suite 1100
Los Angeles, California 90071-2213
Tel: (213) 312-2000 / Fax: (213) 312-2001

*Attorneys for Defendant and*
*Third-Party Defendant*
*Joymax Trading, Inc.*

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on  July 6, 2012 , I electronically filed the foregoing document with the Clerk of the Court for the Central District of California using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing: Mark A. Cantor, Chanille Carswell, Matthew L. Green, Timothy J. Halloran, Lawrence Heller, Lawrence E. Heller, Dan N. MacLemore, James F. Monagle, Thomas M. O'Leary, John K. Park, Chong H. Roh, Peter W. Ross, Benjamin D. Scheibe, David Swift, William E. Thomson, Jr., Kent M. Walker, Keith J. Wesley, Steven W. Winton.

I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:   NONE.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

/s/ Chanille Carswell
Mark A. Cantor (*Pro Hac Vice*)
Chanille Carswell (*Pro Hac Vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075-1238
Tel: (248) 358-4400 / Fax: (248) 358-3351
  *Attorneys for Defendant and Third-Party*
  *Defendant Joymax Trading, Inc.*