1  WINTON LAW CORPORATION
   Steven W. Winton (State Bar No. 114425)
2  swwinton@wintonlawcorp.com
   11440 West Bernardo Court, Suite 214
3  San Diego, California 92127
   Telephone (858) 385-0600 / Facsimile (858) 385-9389
4
   BROWNE GEORGE ROSS LLP
5  Peter W. Ross (State Bar No. 109741)
   pross@bgrfirm.com
6  Keith J. Wesley (State Bar No. 229276)
   kwesley@bgrfirm.com
7  Benjamin D. Scheibe (State Bar No. 101327)
   bscheibe@bgrfirm.com
8  2121 Avenue of the Stars, Suite 2400
   Los Angeles, California 90067
9  Telephone: (310) 274-7100 / Facsimile: (310) 275-5697

10 LAW OFFICES OF GARY FREEDMAN
   Gary Freedman (State Bar No. 49922)
11 goromans@aol.com
   1149 Third Street, Suite 200
12 Santa Monica, California 90403
   Telephone: (310) 576-2444 / Facsimile: (310) 576-2440
13
   Attorneys for Plaintiff
14 BRIGHTON COLLECTIBLES, INC.

15                    UNITED STATES DISTRICT COURT

16                   SOUTHERN DISTRICT OF CALIFORNIA

17 BRIGHTON COLLECTIBLES, INC., a        Case No. 10-CV-00419- CAB (WVG)
   Delaware corporation,
18                                        The Hon. Cathy Ann Bencivengo
               Plaintiff,
19                                        **JOINT MOTION RE: SCHEDULING OF**
        vs.                               **(A) BRIEFING AND HEARING ON**
20                                        **DEFENDANTS' MOTIONS FOR**
   RK TEXAS LEATHER MFG, INC. d/b/a       **SUMMARY JUDGMENT AND RELATED**
21 TEXAS LEATHER MANUFACTURING, a         **ISSUES AND (B) PRE-TRIAL**
   Texas corporation; RICHARD OHR, an     **DISCLOSURES AND PRE-TRIAL**
22 individual, K&L IMPORTS, INC., a       **CONFERENCE**
   California corporation; NHW, INC. d/b/a
23 SENSETRADING CO., a Texas corporation;
   YK TRADING, INC., a Texas corporation; Trial Date:  None Set
24 JCNY, a New Jersey corporation; JOY MAX
   TRADING, INC., a California corporation;
25 AIF CORPORATION d/b/a GLOBAL TIME
   INTERNATIONAL, LUCKY-7
26 INTERNATIONAL and TIME WORLD, a
   Texas corporation; and Does 1 through 10,
27 inclusive,
                Defendants.
28

333429.1                                            10-CV-00419- CAB (WVG)
   JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
   SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

1        All parties hereto, through their respective counsel of record, respectfully submit this joint

2  motion seeking a modified schedule governing (a) the briefing and hearing on defendants' motions

3  for summary judgment and related *Daubert* motions; and (b) pre-trial disclosures and the pre-trial

4  conference.

5  **I.      BACKGROUND.**

6        Plaintiff Brighton Collectibles, Inc. ("Brighton") filed this copyright, trade dress and unfair

7  competition action against defendant RK Texas Leather ("Texas Leather") on February 24, 2010.

8  (Doc. No. 1.)  On December 6, 2010, Texas Leather filed a third-party complaint against its

9  suppliers of the allegedly infringing products.  (Doc. No. 17.)  On February 28, 2011, Brighton

10  filed a First Amended Complaint which added direct claims against Texas Leather's suppliers.

11  (Doc. No. 51.)  On August 31, 2011, Brighton filed a Second Amended Complaint which added

12  additional copyright claims, a registered trademark claim and claims against Texas Leather's

13  owner, Richard Ohr.  (Doc. No. 87.)  The operative scheduling order was entered on January 11,

14  2012 at Doc. No. 121.  The case was transferred from the Honorable Anthony J. Battaglia to the

15  Honorable Cathy Ann Bencivengo on June 7, 2012.  (Doc. No. 135.)

16        The parties have worked diligently to complete both fact and expert discovery, which was

17  especially challenging in light of the many parties, counsel and experts involved in the action and

18  the fact that witnesses were scattered throughout the United States.

19        Following the close of discovery, on June 12, 2012, the parties participated in a mandatory

20  settlement conference with Magistrate Judge Gallo.  The parties and Magistrate Judge agreed to

21  reconvene for another settlement conference after the Court rules on defendants' motions for

22  summary judgment.

23        In June and July 2012, Defendants filed a total of five motions for summary judgment or

24  adjudication and a variety of notices of joinders related thereto.  Defendants also filed two motions

25  in limine to exclude Brighton's experts Drs. Gary Frazier and Robert Wunderlich.  All of

26  defendants' motions are set to be heard on August 23, 2012, thus making all of Brighton's

27  oppositions due on August 9, 2012 and all of defendants' replies due on August 16, 2012.

28        Upon receipt and review of the motions, counsel for Brighton determined that additional

333429.1                                    10-CV-00419- CAB (WVG)

1  time would be needed to oppose defendants' motions.  Defendants' motions include briefing in

2  excess of 150 pages and thousands of pages of exhibits.  Moreover, the parties have invested

3  substantial time and expense in this matter, and therefore all parties seek a full and fair opportunity

4  to brief the merits of their positions.  Finally, lead counsel for Brighton – Peter W. Ross and Keith

5  J. Wesley – both have pre-planned vacations that will render them unavailable to work on the

6  oppositions from July 19, 2012 through July 29, 2012.

7         In light of the factors above, counsel for Brighton met and conferred with counsel for the

8  defense about extending the time for Brighton to oppose defendants' motions.  In light of the

9  anticipated volume of Brighton's oppositions and supporting evidence, Brighton too offered to

10  provide defendants additional time for their reply briefs.

11         The parties agreed that the most sensible and preferable course would be to continue not

12  only the hearing on defendants' motions for summary judgment and related issues, but also

13  continue the pre-trial conference currently set for November 2, 2012.  The logic is that the parties

14  require additional time to brief the issues raised in defendants' motions, the Court likely will

15  require time to review and rule upon the motions, and then the parties and Magistrate Judge will

16  need time to explore the possibility of settlement.  The parties agree that all of the aforementioned

17  tasks should be undertaken prior to the parties expending additional time and expense engaging in

18  pre-trial disclosures and related filings.  That time and expense would be a waste if a settlement is

19  reached, and the expenditure of additional funds on pre-trial disclosures and related filings will

20  make settlement all the more difficult to reach.

21  **II.**     **STIPULATION.**

22         Therefore, all parties hereto, through their respective counsel of record, have agreed upon

23  the following amended case management schedule and respectfully request that the Court enter an

24  Order memorializing the parties' agreement or setting a schedule reasonably in conformance with

25  the following:

26       •   September 7, 2012 – Brighton's Oppositions To Defendants' Motions

27       •   September 28, 2012 – Defendants' Replies

28       •   October 12, 2012 – Hearing on Defendants' Motions

1    •      November/December 2012 – Settlement Conference

2    •      February 1, 2013 – Pretrial Disclosures

3    •      February 8, 2013 – Last Day to Meet and Confer Pursuant to Local Rule 16.1(f)(4)

4    •      February 15, 2013 – Final Pretrial Conference Order

5    •      February 22, 2013 – Final Pretrial Conference

6         To the extent the parties' proposal or a similar schedule is not acceptable to the Court, the

7    parties maintain their joint request to continue the briefing schedule and hearing on defendants'

8    motions for summary judgment and related issues and respectfully request the opportunity to be

9    heard or to submit an alternative proposal in that regard.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

1   Dated:  July 12, 2012            WINTON LAW CORPORATION

2                                    BROWNE GEORGE ROSS LLP

3                                    LAW OFFICES OF GARY FREEDMAN

4

5                                    By  ___s/ Keith J. Wesley_____
                                         Attorneys for Plaintiff
6                                        Brighton Collectibles, Inc.

7
    Dated:  July 12, 2012            FULBRIGHT WINNIFORD, A.P.C.
8
                                     BEST BEST & KRIEGER LLP
9

10
                                     By  ___s/ Dan N. MacLemore_____
11                                       Attorneys for Defendant and Third-Party
                                         Claimant RK Texas Leather Mfg., Inc., d/b/a Texas
12                                       Leather Manufacturing and Defendant Richard
                                         Ohr
13
    Dated:  July 12, 2012            HELLER & EDWARDS
14

15                                   By  ___s/ Lawrence Heller_____
                                         Attorneys for Defendant and Third-Party
16                                       Defendant K&L Imports, Inc.

17  Dated:  July 12, 2012            WALKER, PENDERGRASS & TIETSWORTH, LLP

18

19                                   By  ___s/ Kent M. Walker_____
                                         Attorneys for Defendant and Third-Party
20                                       Defendant AIF Corporation

21

22

23

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

1

2

3

4      Dated:  July 12, 2012               ROPERS, MAJESKI, KOHN  & BENTLEY

5
                                          By ____s/ Thomas M. O'Leary_____
6                                              Attorneys for Defendant and Third-Party
                                               Defendant Joy Max Trading, Inc.
7      Dated:  July 12, 2012               BROOKS KUSHMAN P.C.

8
                                          By ____s/ Chanille Carswell_____
9                                              Attorneys for Defendant and Third-Party
                                               Defendant Joy Max Trading, Inc.
10

11     Dated:  July 12, 2012               KINSELLA WEITZMAN ISER KUMP & ALDISERT
                                          LLP
12
                                          By ____s/ David W. Swift_____
13                                             Attorneys for Defendant and Third-Party
                                               Defendant NHW, Inc.
14

15

16     Dated:  July 12, 2012               MURPHY PEARSON BRADLEY & FEENEY

17
                                          By ____s/ James F. Monagle_____
18                                             Attorneys for Defendant and Third-Party
                                               Defendant YK Trading, Inc.
19

20

21

22

23

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

1

## PROOF OF SERVICE

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3         At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue
4  of the Stars, Suite 2400, Los Angeles, CA 90067.

5         On July 12, 2012, I served true copies of the following document(s) described as **JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS'**
6  **MOTIONS FOR SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PRE-TRIAL CONFERENCE** on the interested parties in this
7  action as follows:

8                        **SEE ATTACHED SERVICE LIST**

9         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this
10  Court at whose direction the service was made.

11         Executed on July 12, 2012, at Los Angeles, California.

12

13                                               Diane Torosvan

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

| | |
|---|---|
| 1 | **SERVICE LIST** |
| | **Brighton Collectibles, Inc. v. RK Texas Leather** |
| 2 | **10-CV-00419-AJB-WVG** |

3  Dan MacLemore         Co-Counsel for Defendant and
   FULBRIGHT WINNIFORD, APC    Third-Party Plaintiff
4  425 Austin Avenue, 22nd Fl.     RK TEXAS LEATHER MFG, INC.
   P.O. Box 445          d/b/a TEXAS LEATHER
5  Waco, TX 76701       MANUFACTURING
   Telephone: (254) 776-6000
6  Facsimile: (254) 776-8555
   dmaclemore@fulbrightlaw.com

7

   Robert J. Hanna        Co-Counsel for Defendant and
8  Matthew L. Green       Third-Party Plaintiff
   BEST, BEST & KRIEGER LLP    RK TEXAS LEATHER MFG, INC.
9  655 West Broadway, 15th Fl.    d/b/a TEXAS LEATHER
   San Diego, CA 92101      MANUFACTURING
10  Telephone: (619) 525-1300
   Facsimile: (619) 233-6118
11  robert.hanna@bbklaw.com
   matthew.green@bbklaw.com

12

   James C. Potepan       Co-Counsel for Defendant and Third-Party
13  Thomas M. O'Leary      Defendant JOY MAX TRADING, INC.
   Brian C. Vanderhoof
14  E. Lacey Rice
   ROPERS, MAJESKI, KOHN & BENTLEY
15  515 South Flower Street, Suite 1100
   Los Angeles, CA 90071-2213
16  Telephone: (213) 312-2000
   Facsimile: (213) 312-2001
17  jpotepan@rmkb.com
   toleary@rmkb.com
18  bvanderhoof@rmkb.com
   lrice@rmkb.com

19

   Mark A. Cantor        Co-Counsel for Defendant and Third-Party
20  Chanille Carswell       Defendant JOY MAX TRADING, INC.
   BROOKS KUSHMAN P.C.
21  1000 Town Center, 22nd Floor
   Southfield, MI 48075
22  Telephone: (248) 358-4400
   Facsimile: (248) 358-3351
23  mcantor@brookskushman.com
   ccarswell@brookskushman.com

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

| | | |
|---|---|---|
| 1 | William E. Thomson, Jr. | Co-Counsel for Defendant and Third-Party |
| | BROOKS KUSHMAN P.C. | Defendant JOY MAX TRADING, INC. |
| 2 | 601 South Figueroa Street | |
| | Suite 2080 | |
| 3 | Los Angeles, CA 90017 | |
| | Telephone: (213) 622-3003 | |
| 4 | Facsimile: (213) 622-3053 | |
| | wthomson@brookskushman.com | |
| 5 | | |
| | Kent M. Walker | Counsel for Defendant and Third-Party |
| 6 | WALKER, PENDERGRASS | Defendant AIF CORPORATION d/b/a |
| | & TIETSWORTH LLP | GLOBAL TIME INTERNATIONAL, |
| 7 | 402 W. Broadway, Suite 400 | LUCKY-7 INTERNATIONAL and TIME |
| | San Diego, CA  92101-3504 | WORLD, a Texas Corporation |
| 8 | Telephone: (619) 446-5603 | |
| | Facsimile: (619) 595-3150 | |
| 9 | kent@kentmwalker.com | |
| 10 | David W. Swift | Counsel for Defendant and Third-Party |
| | KINSELLA WEITZMAN ISER KUMP & | Defendant NHW, Inc. dba NHW CO. |
| 11 | ALDISERT, LLP | |
| | 808 Wilshire Blvd., 3rd Floor | |
| 12 | Santa Monica, CA  90401 | |
| | Telephone: (310) 566-9800 | |
| 13 | Facsimile: (310) 566-9850 | |
| | dswift@kwikalaw.com | |
| 14 | | |
| 15 | Chong H. Roh | Counsel for Defendant and Cross-Claim |
| | John K. Park | Defendant K&L IMPORT, INC. |
| 16 | PARK LAW FIRM | |
| | 3255 Wilshire Blvd., Suite 1110 | |
| 17 | Los Angeles, CA 90010 | |
| | Telephone: (213) 389-3777 | |
| 18 | Facsimile: (213) 389-3377 | |
| | chroh@parklaw.com | |
| 19 | firm@parklaw.com | |
| 20 | Lawrence Heller | Counsel for Defendant and Cross-Claim |
| | HELLER & EDWARDS | Defendant K&L IMPORT, INC. |
| 21 | 9454 Wilshire Blvd., Suite 500 | |
| | Beverly Hills, CA  90212 | |
| 22 | Telephone: (310) 550-8833 | |
| | Facsimile: (310) 858-6637 | |
| 23 | lheller@hellerandedwards.com | |
| | dswift@kwikalaw.com | |
| 24 | Morgan E. Pietz | Counsel for Defendant and Cross-Claim |
| | The Pietz Law Firm | Defendant K&L IMPORT, INC. |
| 25 | 3770 Highland Ave., Suite 206 | |
| | Manhattan Beach, CA 90266 | |
| 26 | Telephone: (310) 424-5557 | |
| | Facsimile: (310) 546-5301 | |
| 27 | mpietz@pietzlawfirm.com | |
| 28 | | |

333429.1

10-CV-00419- CAB (WVG)

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC

1 | Timothy J. Halloran                                    Counsel for Defendant
  | James F. Monagle                                       YK TRADING, INC.
2 | Jeff C. Hsu
  | MURPHY, PEARSON, BRADLEY & FEENEY
3 | 88 Kearney Street, 10th Floor
  | San Francisco, CA 94108-5530
4 | Telephone:  (415) 788-1900
  | Facsimile:  (415) 393-8087
5 | thalloran@mpbf.com
  | jmonagle@mpbf.com
6 | jhsu@mpbf.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PTC