UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RK TEXAS LEATHER MFG, INC. d/b/a TEXAS LEATHER MANUFACTURING, a Texas corporation; RICHARD OHR, an individual, K&L IMPORTS, INC., a California corporation; NHW, INC. d/b/a SENSETRADING CO., a Texas corporation; YK TRADING, INC., a Texas corporation; JCNY, a New Jersey corporation; JOY MAX TRADING, INC., a California corporation; AIF CORPORATION d/b/a GLOBAL TIME INTERNATIONAL, LUCKY-7 INTERNATIONAL and TIME WORLD, a Texas corporation; and Does 1 through 10, inclusive,<br>　　　　Defendants. | Case No. 10cv00419-CAB (WVG)<br><br>**ORDER GRANTING IN PART JOINT MOTION RE: SCHEDULING OF (A) BRIEFING AND HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND RELATED ISSUES AND (B) PRE-TRIAL DISCLOSURES AND PRE-TRIAL CONFERENCE**<br>**[Doc. No. 189]**<br><br>**FOURTH AMENDED CASE MANAGEMENT CONFERENCE ORDER** |

1  Having considered the parties' joint motion which concerns the scheduling of (A) briefing
2  and hearing on defendants' motions for summary judgment and related issues and (B) pre-trial
3  disclosures and pre-trial conference, and good cause appearing therefor, the Court hereby
4  GRANTS IN PART the joint motion [Doc. No. 189] and ORDERS the parties to comply with the
5  following schedule, which modifies in part the Third Amended Case Management Order [Doc.
6  No. 121]:

- September 7, 2012 – Brighton's Oppositions To Defendants' Summary Judgment-Related Motions
- September 28, 2012 – Defendants' Replies
- October 18, 2012 at 2:00 p.m. – Hearing on Defendants' Motions
- November 21, 2012 – Pretrial Disclosures
- November 30, 2012 – Last Day to Meet and Confer Pursuant to Local Rule 16.1(f)(4)
- December 7, 2012 – Final Pretrial Conference Order
- December 14, 2012 at 3:00 p.m. – Final Pretrial Conference

DATED: July 18, 2012

_____
CATHY ANN BENCIVENGO
United States District Judge