**FILED**

OCT 30 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRIGHTON COLLECTIBLES, INC., a Delaware corporation, | Case No. 10-CV-00419- GPC (WVG) |
|---|---|
| Plaintiff, | The Hon. Gonzalo P. Curiel |
| vs. | **SPECIAL VERDICT FORM** |
| AIF CORPORATION d/b/a GLOBAL TIME INTERNATIONAL, LUCKY-7 INTERNATIONAL and TIME WORLD, a Texas corporation, et al, | Date: October 23, 2013<br>Time: 9:00 a.m.<br>Crtrm.: 2D |
| Defendants. | |

We, the jury in the above entitled cause, find the following on the questions submitted to us:

1. Did plaintiff Brighton Collectibles, Inc. ("Brighton") prove by a preponderance of the evidence that defendant AIF Corporation ("AIF") infringed upon any valid copyright owned by Brighton?

YES _X_                                                  NO _____

404831.1                                                                10-CV-00419-GPC (WVG)

1  If your answer is "no," then proceed to page 4 of this form and sign and date
2  it. If your answer is "yes," then please proceed to answer the remaining questions.
3
4  2. In the chart below, please mark an "X" for each product that infringes
5  the corresponding copyright and was sold by AIF. If you find that all of the
6  products below infringe the corresponding copyrights and were sold by AIF, you
7  may mark an X in the box next to "All" rather than marking an X for each
8  individual product.

| Product No. | Copyright | Infringement by AIF?<br><br>(Mark X if "Yes"; Leave Blank if "No") |
|---|---|---|
| All | All | |
| | | |
| Texas Leather 110002 | Cairo | |
| Texas Leather 110095 | Camden | |
| AIF 2771 | Camden | X |
| Texas Leather 110097 | Carolina | |
| Texas Leather 110042 | Essex | |
| AIF WSM-12 | Essex | X |
| AIF WSL-38 | Fairfax | |
| AIF WSM-20 | Fairfax | |
| AIF 1sb | Fairfax | |
| AIF s29 | Fairfax | |
| Texas Leather 110196 | Hollywood | |
| AIF G-31 | Hollywood | X |
| AIF T-10 | Hollywood | X |
| AIF TT-4 | Hollywood | X |
| AIF C-26 | Hollywood | X |
| AIF S-26 | Hollywood | X |
| AIF L4 | Hollywood | X |
| Texas Leather 110197 | Madison | |
| AIF WSL-28 | Madison | X |
| AIF WSL-38 | Madison | X |
| AIF WSM-1 | Madison | X |

| | | |
|---|---|---|
| AIF WSM-15 | Nantucket | X |
| AIF s13 | Nantucket | X |
| AIF s58 | Nantucket | |
| Texas Leather 110252 | Newport | |
| AIF WSL-5 | Newport | X |
| AIF 2618 | Newport | X |
| AIF 6219 | Pasadena | X |
| Texas Leather 110001 | Santa Barbara | |
| AIF WSL-7 | Santa Barbara | X |
| AIF S-5 | Seattle | X |
| AIF WSM-13 | Seattle | X |
| AIF WSM-47 | Seattle | X |
| AIF s5 | Seattle | X |
| AIF S-4 | Tokyo | X |
| AIF T-30 | Tokyo | X |
| AIF WSL-39 | Tokyo | X |
| AIF WSM-4 | Tokyo | X |
| AIF WSM-35 | Tokyo | X |
| AIF AC2 | Tokyo | X |
| AIF 1sb | Tokyo | X |
| AIF L60 | Tokyo | X |
| AIF s4 | Tokyo | X |
| AIF T-5 | Venice Romantic | X |
| AIF C-21 | Venice Romantic | X |
| AIF WSL-17 | Venice Romantic | X |
| AIF WSL-20 | Venice Romantic | X |
| AIF WSL-21 | Venice Romantic | X |
| AIF WSL-23 | Venice Romantic | X |
| AIF L48 | Venice Romantic | X |
| AIF J12 | Venice Romantic | X |
| AIF s78 | Venice Romantic | X |

3. Do you find that AIF engaged in copyright infringement willfully?

YES_____          NO __X__

4. Do you find that AIF engaged in copyright infringement innocently?

YES_____        NO __X__

5. What is the total amount of AIF's profits, if any, resulting from its copyright infringement?

$ 1,000,000

6. What do you find to be the appropriate amount of statutory damages, if any, for plaintiff Brighton to recover against AIF?

$ 1,050,000

Please date, sign and return this form.

Dated: 10/30/13                            _____/s/ Lucia Delp/_____
                                                          Foreperson