1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8
9

| BRIGHTON COLLECTIBLES, INC., | CASE NO. 10-CV-419-GPC (WVG) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| RK TEXAS LEATHER MFG; K & L IMPORTS, INC.; et al., | |
| Defendants, | |
| and related cross claims. | |

10
11
12
13
14
15

## JUDGMENT

16

    Pursuant to the jury's October 30, 2013 verdict, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of plaintiff Brighton Collectibles, Inc. ("Brighton") and against defendant AIF Corporation ("AIF") as follows.

17
18
19
20

## Liability

21

    AIF is liable for infringing upon the following copyrights owned by Brighton:

22

1.      Camden (VA972-300)

23

2.      Essex (VA985-880)

24

3.      Hollywood (VA972-316)

25

4.      Madison (VA972-318)

26

5.      Nantucket (VA985-884)

27

6.      Newport (VA1-119-391)

28

7.      Pasadena (VA972-304)

8.      Santa Barbara (VA972-312)

9.      Seattle (VA972-297)

10.     Tokyo (VA972-313)

11.     Venice Romantic (VA972-322)

AIF is not liable for infringing upon the following copyrights owned by Brighton:

1.      Cairo (VA985-886)

2.      Carolina (VA972-295)

3.      Fairfax (VA972-299)

## Damages

Damages in the form of AIF's wrongful profits are awarded in the amount of $1,000,000.

## Attorney's Fees and Costs

This Judgment may be amended to reflect the attorney's fees and costs, if any, awarded following any post-judgment motions for same.

IT IS SO ORDERED.

DATED:  June 20, 2014

HON. GONZALO P. CURIEL
United States District Judge